**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-MJ-76 |
| | ) | |
| ALFREDO SUSI | ) | |

**ORDER**

The United States of America, by its counsel, having represented that it has filed in the Western District of North Carolina a Motion for Stay of the Order of Release Pending review and appeal, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Clerk of the Court stay the release order pending further order of the Court.

Signed: May 29, 2007

Frank D. Whitney
United States District Judge