IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07MJ76

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALFREDO SUSI, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS CAUSE having come before the Court on defense counsel's Motion to Appear Pro Hac Vice, and the Court having reviewed the Motion, and having found that the requirements of Local Rule 83.1(B) are satisfied, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defense counsel, RICARDO P. HERMIDA, be specially admitted to represent the defendant, ALFREDO SUSI, in the above captioned matter.

Signed: June 4, 2007

David C. Keesler
United States Magistrate Judge